PROB 12C
(6/16)

Report Date: March 21, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 21, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Maximus Adonis McCloud-Bell | Case Number: 0980 1:23CR02009-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Selah, Washington 98942 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 11, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 21 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 5, 2025 | Prison - 52 days<br>TSR - 34  months | |
| Asst. U.S. Attorney: | Letitia Sikes | Date Supervision Commenced: February 6, 2025 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: December 5, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On March 12, 2025,  the supervised release conditions were reviewed and signed by Mr. McCloud-Bell, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence:** Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by failing to report to the probation office as directed on March 19, 2025.<br><br>On March 12, 2025, Mr. McCloud-Bell reported to the probation office after completing inpatient substance abuse treatment at American Behavioral Health Systems (ABHS). During this appointment, this officer asked Mr. McCloud-Bell when he would like to report back to the office the following week. Mr. McCloud-Bell said he would like to return on Wednesday, March 19, 2025, because he needed to check in with the Department of Corrections (DOC) for his state probation that same day. |

Prob12C
**Re: McCloud-Bell, Maximus Adonis**
**March 21, 2025**
**Page 2**

However, on March 19, 2025, Mr. McCloud-Bell failed to report to the probation office. This officer contacted Mr. McCloud-Bell's aunt, who stated she had not heard from him, but would inform the officer if she did.

On March 20, 2025, this officer reached out to Mr. McCloud-Bell's DOC probation officer, who confirmed Mr. McCloud-Bell failed to report to their office the previous day and a warrant was being issued for his arrest. This officer contacted Mr. McCloud-Bell's aunt again, she reported Mr. McCloud-Bell had not been home since Tuesday, March 18, 2025, and she did not know his whereabouts.

As of the time of this report, Mr. McCloud-Bell has failed to report to the probation office on March 19, 2025, has not attempted to make contact, and his location is currently unknown.

| | |
|---|---|
| 2 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence:** Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by failing to report a change of address to the probation office since March 19, 2025. |
| | Please refer to the narrative found in Violation #1. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | March 21, 2025 |
| | s/Kyle Mowatt |
| | Kyle Mowatt |
| | U.S. Probation Officer |

Prob12C
**Re: McCloud-Bell, Maximus Adonis**
**March 21, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Signature: Stanley A. Bastian*

Signature of Judicial Officer

3/21/2025

Date