4PROB 12C
(6/16)

Report Date: June 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Maximus Adonis McCloud-Bell | Case Number: 0980 1:23CR02009-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Selah, Washington 98942 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 11, 2023

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 5, 2025 | Prison - 52 days<br>TSR - 34 months | |
| Revocation Sentence:<br>May 20, 2025 | Prison - 37 days<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Letitia Sikes | Date Supervision Commenced: May 22, 2025 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: January 21, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On June 5, 2025, the supervised release conditions were reviewed and signed by Mr. McCloud-Bell, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You  must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence:** Mr. McCloud-Bell is considered to be in violation of his supervised release conditions for being terminated from inpatient treatment at James Oldham Treatment Center (JOTC) on June 20, 2025. |

Prob12C
Re: McCloud-Bell, Maximus Adonis
June 24, 2025
Page 2

On June 16, 2025, Mr. McCloud-Bell entered inpatient treatment at JOTC. Unfortunately, on June 20, 2025, this officer received a telephone call from a counselor at JOTC regarding Mr. McCloud-Bell being terminated for not following the facility rules by kicking a cat, using racial slurs, and having an individual in his bed.

2    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by failing to report to the probation office as directed on June 24, 2025, by noon.

On June 23, 2025, United States Probation Officer (USPO) Casey attempted to conduct a home inspection at Mr. McCloud-Bell's residence. USPO Casey made contact with Mr. McCloud-Bell's aunt, Elise Merrill. Ms. Merrill stated Mr. McCloud-Bell was not home. USPO Casey provided Ms. Merrill this officer's business card, directing Mr. McCloud-Bell to report to the probation office on June 24, 2025, by noon. Ms. Merrill said she would give Mr. McCloud-Bell the business card when he came home or if she spoke to him on the phone.

However, on June 24, 2025, Mr. McCloud-Bell failed to report to the probation office by noon. This officer contacted Ms. Merrill, who stated that Mr. McCloud-Bell had not spent the night at her residence since the day he was terminated from inpatient treatment (June 20, 2025). Ms. Merrill also stated she spoke to Mr. McCloud-Bell on the telephone and told him to report to the probation office today by noon. This officer reached out to Mr. McCloud-Bell's Washington State Department of Corrections probation officer, who confirmed Mr. McCloud-Bell failed to report to their office since being terminated from inpatient treatment and a warrant was issued for his arrest this date.

As of the time of this report, Mr. McCloud-Bell has failed to report to the U.S. Probation Office as required on June 24, 2025, has not attempted to make contact, and his location is currently unknown.

3    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by failing to report a change of address to the probation office since June 20, 2025.

Please refer to the narrative found in Violation #2.

Prob12C
Re: McCloud-Bell, Maximus Adonis
June 24, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 24, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Stan Bastian

Signature of Judicial Officer

6/25/2025

Date