PROB 12C
(6/16)

Report Date: August 5, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2026**

SEAN F. McAVOY, CLERK

ECF No. 127

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maximus Adonis McCloud-Bell     Case Number: 0980 1:23CR02009-SAB-1

Address of Offender: ██████████████████ Selah, Washington 98942

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 11, 2023

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence:     Prison - 21 months     Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:   Prison - 52 days
February 5, 2025       TSR - 34 months

Revocation Sentence:   Prison - 37 days
May 20, 2025           TSR - 32 months

Revocation Sentence:   Prison - 37 days
September 16, 2025     TSR - 33 months

Asst. U.S. Attorney:   Letitia Sikes     Date Supervision Commenced: September 18, 2025

Defense Attorney:      Juliana M. Van Wingerden     Date Supervision Expires: June 17, 2028

---

### PETITIONING THE COURT

To issue a warrant.

On June 5, 2025,  the supervised release conditions were reviewed and signed by Mr. McCloud-Bell, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by consuming cocaine and fentanyl on or about July 6, 2026. |

Prob12C
**Re: McCloud-Bell, Maximus Adonis**
**August 5, 2026**
**Page 2**

On July 6, 2026, Mr. McCloud-Bell reported to Triumph Treatment Services and provided a presumptive positive urinalysis (UA) for cocaine and fentanyl. The UA was sent to the lab for confirmation.

On July 9, 2026, the UA returned from the lab confirming positive for cocaine and fentanyl.

2          **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by consuming methamphetamine, amphetamine, and fentanyl on or about July 13, 2026.

On July 13, 2026, Mr. McCloud-Bell reported to Triumph Treatment Services and provided a presumptive positive UA for methamphetamine, amphetamine, and fentanyl. The UA was sent to the lab for confirmation.

On July 18, 2026, the UA returned from the lab confirming positive for methamphetamine, amphetamine, and fentanyl.

3          **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about July 18, 2026.

On July 21, 2026, Mr. McCloud-Bell reported to the probation office and provided a presumptive positive UA for methamphetamine. Mr. McCloud-Bell admitted he consumed methamphetamine on July 18, 2026.

4          **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by consuming alcohol, methamphetamine, amphetamine, cocaine, and fentanyl on or about August 4, 2026.

On August 4, 2026, Mr. McCloud-Bell reported to the probation office and provided a presumptive positive UA for alcohol, methamphetamine, amphetamine, cocaine, and fentanyl. Mr. McCloud-Bell admitted he consumed alcohol, methamphetamine, amphetamine, cocaine, and fentanyl a few days prior. He also signed a drug admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C

**Re: McCloud-Bell, Maximus Adonis**
**August 5, 2026**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | August 5, 2026 |
| | s/Kyle Mowatt |
| | Kyle Mowatt |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/5/2026

Date