PROB 12C
(6/16)

Report Date: August 12, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2026

SEAN F. McAVOY, CLERK

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maximus Adonis McCloud-Bell Case Number: 0980 1:23CR02009-SAB-1

Address of Offender: [redacted] Selah, Washington 98942

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 11, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 5, 2025 | Prison - 52 days<br>TSR - 34 months | |
| Revocation Sentence:<br>May 20, 2025 | Prison - 37 days<br>TSR - 32 months | |
| Revocation Sentence:<br>September 16, 2025 | Prison - 37 days<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Letitia Sikes | Date Supervision Commenced: September 18, 2025 |
| Defense Attorney: | Britane Hubbard | Date Supervision Expires: June 17, 2028 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 5, 2026.

On September 22, 2025, the supervised release conditions were reviewed by Mr. McCloud-Bell, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. McCloud-Bell is considered to be in violation of his supervised release conditions by failing to report to the probation office as directed on August 6, 2026. |

On August 5, 2026, Mr. McCloud-Bell reported to the probation office as instructed. While there, he was directed to return to the office before his outpatient substance abuse treatment on August 6, 2026. Mr. McCloud-Bell failed to report to the probation office as directed on August 6, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2026

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/12/2026

Date